Receipt 11089301
$58.14

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| In re: | Chapter 7 |
|---|---|
| KARYCZAK, WALTER<br>KARYCZAK, ROSE<br>OFFICER AND 50% SHAREHOLDER OF WALTE<br>OFFICER AND 50% SHAREHOLDER OF OF WA<br>Debtors. | Case No. 07-04142 CLB<br><br>**STATEMENT OF<br>UNCLAIMED DIVIDENDS** |

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 13 | PRA Receivable Management LLC | 11,935.35 | 58.14 |

Dated: January 29, 2010

_____
WILLIAM E. LAWSON
Trustee
730 CONVENTION TOWER, 43 COURT STREET
BUFFALO, NY 14202-3172
(716) 854-3015


FILED FEB -3 2010
BANKRUPTCY COURT
BUFFALO, N.Y.


FILED FEB - 3
BANKRUPTCY COURT
BUFFALO, N.Y.